# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
## Southern Division
### Docket No. 7:00-CR-108-1F

| | |
|---|---|
| **United States Of America** | ) |
| | )    **JUDGMENT** |
| vs. | ) |
| | ) |
| **Kenny Beacham** | ) |

On June 25, 2001, Kenny Beacham appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 21 U.S.C. §841(a)(1), Possession with Intent to Distribute in Excess of 50 Grams of Cocaine Base, and a Quantity of Cocaine, and a Quantity of Heroin, was sentenced to the custody of the Bureau of Prisons for a term of 141 months. On May 28, 2008, the term of imprisonment was reduced to 120 months. It was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Kenny Beacham was released from the Bureau of Prisons and the term of supervised release commenced on January 30, 2009.

On January 5, 2010, the releasee appeared before the court for violations consisting of drug use, failure to participate in treatment and failure to participate in the urinalysis program. The court revoked the releasee's original term of supervised release and sentenced him to 14 months in the Bureau of Prisons followed by an additional term of supervised release for 46 months. Beacham was released from the Bureau of Prisons on December 15, 2010, at which time the second term of supervised release commenced.

From evidence presented at the revocation hearing on August 3, 2011, the court finds as a fact that Kenny Beacham, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 14 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

Kenny Beacham
Docket No. 7:00-CR-108-1F
Judgment
Page 2

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 3rd day of August, 2011.

                                          _____
                                          James C. Fox
                                          Senior U.S. District Judge